■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RORY HINES, Appellant. [6 NYS3d 498]—Application by the ap-

pellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 26, 2004 (*People v Hines*, 3 AD3d 580 [2004]), affirming a judgment of the County Court, Westchester County, rendered November 29, 2000.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Austin, Cohen and Duffy, JJ., concur.